LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

SCOTT B. TULMAN

THE HELMSLEY BUILDING
230 PARK AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10169

SUSAN G. PAPANO

(212) 867-3600
FAX: (212) 867-1914

WWW.TULMANLAW.COM

January 5, 2020

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED  1-13-2020

Re: United States v. Andy Locier – Travel Request
10 Cr. 905-28 (LTS)

Dear Judge Swain:

I was appointed to represent Andy Locier, who was sentenced on October 2, 2012, to 60 month's imprisonment to be followed by a four year term of supervised release. Mr. Locier was released from federal custody on January 5, 2017, and has completed three years of his four year term of supervised release without incident. For over one year, Mr. Locier has been on "low supervision," meaning that he reports to the Department of Probation once a month by computer. Last year, this Court granted Mr. Locier's request for permission to travel to the Dominican Republic for nine days. (Doc. No. 2233).

I write at Mr. Locier's request to request permission for Mr. Locier to travel outside the United States to the Dominican Republic between February 13 and February 26, 2020, subject to his providing a full itinerary and otherwise complying with all conditions imposed by the Department of Probation in connection with this travel. I have contacted Mr. Locier's Probation Officer and he does not oppose this travel request.

Let me take this opportunity to wish Your Honor and Chambers a Happy New Year.

The request is granted.

Respectfully submitted,

Scott B. Tulman

SO ORDERED:

/s/ LTS  1/13/20

SBT:ss    HON. LAURA TAYLOR SWAIN
          UNITED STATES DISTRICT JUDGE