UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| UNITED STATES, | No. 10 Cr. 905 (LTS) |
| Plaintiff, | |
| -against- | <u>ORDER</u> |
| ANDY LOCIER, | |
| Defendants. | |

   Defendant Locier has moved for early termination of his term of supervised release. (Docket Entry No. 2306.) The Government is hereby directed to file any opposition to the motion on ECF by **5 p.m. on May 13, 2020**.

   SO ORDERED.

Dated: New York, New York
   May 12, 2020

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge