LAW OFFICES OF
# Scott B. Tulman & Associates, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

May 11, 2020

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Andy Locier – Early Termination of Supervised Release
      10 Cr. 905-28 (LTS)

Dear Judge Swain:

I write on Defendant Andy Locier's behalf, having previously been appointed by the Court to represent him, to respectfully request that he be discharged from Supervised Release on the ground that the Department of Probation believes he is an appropriate candidate for early termination.[1] The Department of Probation consents to the granting of the relief sought.

Mr. Locier was sentenced on October 2, 2012, to 60 month's imprisonment to be followed by a four year term of supervised release. He was released from federal custody on January 5, 2017, and has completed 41 of the 48 month term of supervised release without incident. During the period of his supervision, Mr. Locier was twice granted permission to travel to the Dominican Republic after I filed letter motions on his behalf seeking this relief. (Doc. Nos. 2233, 2290). For well over one year, due to his compliance with the conditions of supervised release and his projected low risk level, he is assigned to the Probation Department's low intensity caseload, reporting to the Department of Probation once a month by computer.

I thank the Court for its consideration of this request.

Respectfully submitted,

Scott B. Tulman

The request for early termination of supervised release is granted. The Court congratulates Mr. Locier and thanks Mr. Tulman and the supervising officers. DE# 2306 resolved.
      SO ORDERED.  5/13/2020
SBT:s /s/ Laura Taylor Swain, USDJ
cc:   Christopher Baker, United States Probation Officer

---

[1] Since his release from prison, I have been representing Mr. Locier in this Court *pro bono*.